M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 OCT 12 P 12: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cornelius Darnell Whitt #269936
Full name and prison name of
Plaintiff(s)

v.

Jason Smoak
Spencer Downs
James Brazier
Mark Trawick
Stephanie Fears
Sharon King
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:21-cv-681-WHA-KFP
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) N/A

   Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county)

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail 901 East Main Street - Dothan, AL 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail 901 East Main Street - Dothan AL 36301

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                    ADDRESS

1. Jason Smoak, Houston County Jail 901 East Main St. Dothan, AL 36301
2. Spencer Downs, Houston County Jail 901 East Main St. Dothan AL 36301
3. James Brazier, Houston County Jail 901 East Main St. Dothan AL 36301
4. Mark Trawick, Houston County Jail 901 East Main St. Dothan AL 36301
5. Stephanie Fears, Houston County Jail 901 East Main St. Dothan AL 36301
6. Sharon King Houston County Jail 901 East Main St. Dothan AL 36301

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED From 9-27-2021 until 10-7-2021

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The way Jason Smoak Handale me Concerning Covid-19 by pooting me in a Multi-purpose room. There is no Bathroom or any runing water to sanatize with or to take a shower. I have feet problems my feet dryed out I had to get medical attention becous they creck. We was forced to use the bathroom in the corner. I was not tested for Covid and also a inmate was poot beside me that tested for Covid-19 positive He tested.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

rule #20 IN the INmates rule Book state we shall shower at least one's each Day, Including washing their hair and Changing Clothes. They Say 2 Hour they will take us to Bathroom It's a Lie every 3 or 4 Hour or sometime we don't even go. 4 or more days without showers

GROUND TWO: I realy need to see A Psycology I am Tramatize. When Its Emergancyes and I press the Button I get No responce Some time.

SUPPORTING FACTS: I do not Fill Like Im In the wright State of Mind at all.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Qural and Unusally Penishment.

_____

_____

_____

_____

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-7-2021
              (Date)

_____
Signature of plaintiff(s)

Cornelius D. Whitt #69939
POD WK
Houston County Jail
901 East Main St.
Dothan, AL 36301

HOUSTON COUNTY JAIL
INMATE MAIL

MONTGOMERY AL 360
8 OCT 2021 PM 4 L



Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104-4018

Legal Mail

36104-401801